Naeun Rim - State Bar No. 263558
   nrim@birdmarella.com
Grace W. Kang - State Bar No. 271260
   gkang@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California  90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Antony L. Ryan (*pro hac vice*)
   aryan@cravath.com
Kevin J. Orsini (*pro hac vice*)
   korsini@cravath.com
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York  10019-7475
Telephone: (212) 474-1000
Facsimile:  (212) 474-3700

Attorneys for Defendants Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSH GOSSETT and JAMES LAPLANT, each individually, and on behalf of all others similarly situated,<br><br>Plaintiff(s)<br><br>vs.<br><br>ROBINHOOD FINANCIAL LLC, a Delaware limited liability company; ROBINHOOD SECURITIES, LLC, a Delaware limited liability company; ROBINHOOD MARKETS, INC., a Delaware corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00837-VAP (MRWx)<br><br>[Related Cases 2:21-cv-00835-VAP (MRWx); 2:21-cv-00843-VAP (MRWx)]<br><br>***EX PARTE* APPLICATION FOR ORDER DISCHARGING THE OBLIGATION TO SUBMIT CERTIFICATE OF GOOD STANDING OR, IN THE ALTERNATIVE, EXTENDING TIME TO FILE CERTIFICATE OF GOOD STANDING**<br><br>Judge:  Hon. Virginia A. Phillips<br>Courtroom:  8A<br><br>[*Filed concurrently with Declaration of Kevin J. Orsini; and [Proposed] Order*] |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that in accordance with Local Rule 7-19 and this Court's standing orders, Defendants Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc. ("Robinhood") hereby apply to the Court on an *ex parte* basis for an order discharging the obligation to submit a Certificate of Good Standing from the New Jersey State Bar in connection with the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* (Form G-64) ("*Pro Hac Vice* Application") of Robinhood's attorney of record, Kevin J. Orsini, in this action, or, in the alternative, extending the deadline to submit Mr. Orsini's Certificate of Good Standing from the New Jersey State Bar from February 17, 2021, no later than 4:00 P.M. to March 31, 2021, no later than 4:00 P.M.  Plaintiff does not oppose the application.

Robinhood seeks *ex parte* relief because, due to circumstances outside of Robinhood's control, defense counsel cannot timely comply with the Court's order requiring the filing of Mr. Orsini's Certificate of Good Standing by February 17, 2021.  (Dkt. No. 31.)  As detailed in the accompanying declaration, Mr. Orsini's firm mailed a request to the New Jersey State Bar to obtain a Certificate of Good Standing on the day this action was filed.  However, due to a snowstorm and Covid-19-related closures, Mr. Orsini was unable to obtain the Certificate by February 8, 2021, the Court's initial deadline for filing it.  Mr. Orsini requested an extension until February 17, 2021, which the Court granted.  After the extension was granted by the Court, the New Jersey State Bar ("Bar") informed Mr. Orsini's firm that the Bar is weeks behind on processing requests for Certificates of Good Standing, because the Bar's offices are operating with a skeletal staff in accordance with the state's Covid-19 stay in place orders and are experiencing additional delays as a result of recent Covid-19 exposure by the Bar's staff that resulted in periods of quarantine.

Good cause exists for the requested relief, because defense counsel is unable

to obtain a Certificate of Good Standing from the New Jersey State Bar by the February 17, 2021 deadline, despite defense counsel's diligent efforts to timely obtain the Certificate of Good Standing from the Bar.

Defense counsel gave notice to Plaintiff regarding this *ex parte* application on February 16, 2021, and was informed that this application is unopposed. (Declaration of Kevin J. Orsini, dated February 17, 2021, ¶ 7.) Plaintiff's counsel's names, addresses, telephone numbers, and email addresses are as follows:

> Maurice D. Pessah
> Michael Morris-Nussbaum
> Summer E. Benson
> Pessah Law Group, PC
> 661 N. Harper Ave., Suite 208
> Los Angeles, CA 90048
> Telephone:  (310) 772-2261
> Email:  maurice@pessahgroup.com
>            mmnussbaum@pessahgroup.com
>            sbenson@pessahgroup.com
>
> Stuart Chelin
> Chelin Law Firm
> 1801 Century Park East, Suite 2500
> Los Angeles, CA 90076
> Telephone:  (310) 556-9664
> Email:  stuart@chelinlaw.com

Accordingly, Robinhood respectfully requests that the Court grant this *ex parte* application and order that the obligation for Kevin J. Orsini to file a Certificate of Good Standing from the New Jersey State Bar in this action is discharged for good cause shown, or, in the alternative, the deadline for Kevin J. Orsini to file a Certificate of Good Standing from the New Jersey State Bar in this action shall be extended from February 17, 2021, no later than 4:00 P.M., to March 31, 2021, no later than 4:00 P.M., absent a further showing of good cause.

This *ex parte* application is based upon this Notice, the accompanying Declaration of Kevin J. Orsini, the Proposed Order, the filings and record in this

action, and any other evidence that the Court may consider in ruling on Robinhood's requested relief.

DATED: February 17, 2021

Naeun Rim
Grace W. Kang
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By: ____*/s/ Naeun Rim*____
    Naeun Rim
Attorneys for Defendants Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc.